UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LADON KENTRALL KING II,<br>Plaintiff,<br><br>v.<br><br>WACO POLICE DEPARTMENT, JEFF ROGERS, MCLENNAN COUNTY SHERIFF'S OFFICE, THE 54TH DISTRICT COURT OF MCLENNAN COUNTY, TEXAS, JUDGE SUSAN KELLY, JESSIE FICKER, DEANNA AYRES, GEORGE HOLLAND, THE 19TH DISTRICT COURT OF MCLENNAN COUNTY, TEXAS, JUDGE THOMAS C. WEST, THE UNITED STATES MARSHALS' FUGITIVE TASK FORCE, MCLENNAN COUNTY JAIL, HIGHWAY 6, FOX 44 NEWS, DEAN WETHERBE, KXXV 25, KHADEEJA UMANA, THE STATE OF TEXAS, BARRY JOHNSON, JOSH TETENS, and LUKE MCCOWAN,<br>Defendant. | No. 6:24-cv-588 |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dan N. MacLemore. Dkt. No. 6. The report and recommendation explains Plaintiff's failure to prosecute this action and lack of response to the Court's order to show cause. The report recommends dismissing this case without prejudice under Federal Rule of Civil Procedure 41(b). The report and recommendation was

issued on August 18, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed the magistrate's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 6) is **ADOPTED**.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. Final judgement will issue separately.

So ordered on October 15, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE